JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

15 | MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation,

Case No.: CV11-7292 MMM (FFMx)

16

**[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL AS TO DEFENDANT ROHAN REID PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE***

17

Plaintiff,

18

19                                    v.

20 | ROHAN REID, an Individual, and Does 1-10, Inclusive,

21

22                              Defendants

23

24  / / /

25  / / /

26  / / /

27  / / /

28

1       Having considered the parties' Stipulation of Dismissal as to Defendant

2 ROHAN REID ("REID") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of*

3 *Civil Procedure*, the Court hereby orders that this action be dismissed in its

4 entirety, with prejudice, as to Defendant ROHAN REID with each party to bear

5 its/his own attorneys' fees and costs.

6

7 Date:  February 29, 2012

8                                     *Margaret M. Marrow*
   _____

9                         HON. MARGARET M. MARROW
   United States District Judge
   Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28